## IN THE COUNTY COURT FOR THE NINTH JUDICIAL CIRCUIT
## IN AND FOR ORANGE COUNTY, FLORIDA
## SMALL CLAIMS COURT

GINO VOGT, an individual,

    Plaintiff,

v.                                          CASE NO. _____

DELBERT SERVICES CORPORATION,
a Nevada Corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, GINO VOGT, by and through his undersigned counsel, hereby files this Complaint against Defendant, DELBERT SERVICES CORPORATION, and alleges as follows:

1. This is an action for damages between $1,000 - $2,500, exclusive of attorney's fees and court costs, arising from Defendant's violations of the Florida Consumer Collection Practices Act, Sections 559.55 – 559.785, Florida Statutes (hereinafter the "FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 (hereinafter "FDCPA").

## PARTIES

2. Plaintiff, GINO VOGT, is an individual residing in Orange County, Florida.

3. Plaintiff is a "person" within the meaning of Section 559.55(2) of the FCCPA in that the alleged debt that the Defendant sought to collect from him was originally incurred, if at all, for personal, family or household purposes.

4. Plaintiff is also a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

5. Defendant, DELBERT SERVICES CORPORATION ("Delbert"), is a Nevada corporation with places of business located at 7125 Pollock Drive, Las Vegas, Nevada 89119 and 1600 South Douglass Road, Anaheim, California 92806. Delbert is a registered foreign for-

profit corporation with the Florida Department of State with a registered agent and address at NRAI Services, Inc., 1200 South Pine Island Road, Plantation, Florida 33324. Delbert is currently registered as a consumer collection agency by the Office of Financial Regulation. Delbert is engaged in the business of purchasing, servicing, and collecting on consumer loans made by Western Sky.

6. Delbert is engaged in the business of collecting or attempting to collect, directly or indirectly, debts owed or due or asserted to be owed or due another as one of their principal areas of business. As such, Delbert is a "person" subject to regulation under the FCCPA.

7. Delbert is also a "debt collector" within the meaning of the FDCPA.

## JURISDICTION AND VENUE

8. Venue is proper in this County because the statutory violations alleged herein occurred in Orange County, Florida, Plaintiff resides in Orange County, Florida, and Defendant conducts business in Orange County, Florida.

## STATEMENT OF FACTS

9. On August 21, 2013, Plaintiff executed a document entitled Western Sky Consumer Loan Agreement ("August Loan") in the principal amount of $2,525 at the interest rate of 139.13% per year with Western Sky as the lender. A copy of the foregoing document is attached as **Exhibit "A."**

10. Western Sky subsequently assigned the August Loan to Defendant to collect on the debt.

11. On April 1, 2014, Defendant sent a letter to Plaintiff noting that the current balance was $3,946.41. Defendant sent another letter dated April 1, 2014 that noted that the "total amount due" was $561.00. Copies of these letters are attached as **Exhibit "B."**

12. In December 2013, the Florida Attorney General filed suit against Western Sky and Defendant because they had issued more than 6,000 usurious loans to Florida consumers.

## COUNT I – VIOLATIONS OF FLORIDA CONSUMER COLLECTION PRACTICES ACT

13. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 12 as if fully set forth herein.

14. Fla. Stat. 559.72(9) provides in relevant part: In collecting consumer debts, no person shall (9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.

15. The acts and practices complained of herein constitute claims or attempts by Defendant to collect 18% or more interest on debts when Defendant knew that the interest was not legitimate.

16. Further, the acts and practices complained of herein constitute assertions by Defendant of the right to collect 18% or more interest on a debt when Defendant knew that it did not have such a right to collect such an interest rate.

17. As a result of Defendant's violation of the FCCPA, Plaintiff is entitled to statutory damages in an amount of $1,000, actual damages, and reasonable attorney's fees and costs.

## COUNT II – VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 12 as if fully set forth herein.

19. The foregoing actions and omissions by Defendant constitute violations of the FDCPA, including false, deceptive or misleading representations regarding the amount due and owing pursuant to 15 U.S.C. § 1692e.

3

20. As a result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. § 1692k, Plaintiff is entitled to statutory damages in an amount of $1,000, plus reasonable attorney's fees and costs.

WHEREFORE, Plaintiff demands judgment against Defendant for his damages, attorney's fees, and costs, as well as any other relief that this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff demands a trial by jury on all issues that are triable.

PEKAR LAW P.A.

/s/ Jeffrey S. Pekar
Jeffrey S. Pekar, FBN 0031140
400 North Ashley Drive, Suite 2600
Tampa, Florida 33602
E-mail: jpekar@pekarlaw.com
Phone: (813) 712-8762
Fax: (813) 712-8780
Counsel for Plaintiff

# EXHIBIT "A"

- Home
- About Us
- Contact
- Loan Status
- Change Password
- Sign Out

**Sign Time:** Wednesday, August 21, 2013 10:22 AM

## WESTERN SKY CONSUMER LOAN AGREEMENT

| Loan No.: | 27685975 | Date of Note: | August 21, 2013 |
|---|---|---|---|
|  |  | Expected Funding Date: | August 21, 2013 |
| Lender: | Western Sky Financial, LLC | Borrower: | GINO D VOGT |
| Address: | P.O. Box 370<br>Timber Lake, SD 57656 | Address: | 315 Rockafellow Way<br>Orlando, FL 32828 |

1

**This Loan Agreement is subject solely to the exclusive laws and jurisdiction of the Cheyenne River Sioux Tribe, Cheyenne River Indian Reservation.** By executing this Loan Agreement, you, th borrower, hereby acknowledge and consent to be bound to the terms of this Loan Agreement, consent ' the sole subject matter and personal jurisdiction of the Cheyenne River Sioux Tribal Court, and that no other state or federal law or regulation shall apply to this Loan Agreement, its enforcement or interpretation.

You further agree that you have executed the Loan Agreement as if you were physically present within exterior boundaries of the Cheyenne River Indian Reservation, a sovereign Native American Tribal Natic and that this Loan Agreement is fully performed within the exterior boundaries of the Cheyenne River Indian Reservation, a sovereign Native American Tribal Nation.

In this Loan Agreement, the words "you" and "your" mean the person signing as a borrower. "We," "us, "our," and "Lender" mean Western Sky Financial, LLC, a lender authorized by the laws of the Cheyenne River Sioux Tribal Nation and the Indian Commerce Clause of the Constitution of the United States of America, and any subsequent holder of this Note ("Western Sky").

TRUTH IN LENDING DISCLOSURES: The disclosures below are provided to you so that you may compar the cost of this loan to other loan products you might obtain in the United States. Our inclusion of these disclosures does not mean that we consent to application of state or federal law to us, to the loan, or th Loan Agreement.

**TRUTH IN LENDING ACT DISCLOSURE STATEMENT**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| *The cost of your credit as a yearly rate* | *The dollar amount the credit will cost you* | *The amount of credit provided to you* | *The amount you will have paid after all payments are made as scheduled* |
| 139.13 % | $11,421.87 | $2,525.00 | $13,946.87 |

**PAYMENT SCHEDULE**

One payment of $107.25 on September 01, 2013.

47 monthly payments of $294.46 beginning on October 01, 2013.

**Late Charge:**   If a payment is more than 15 days late, you will be charged $29.00.

**Prepayment:**   If you pay off this loan early, you will not have to pay any penalty.

Please see the remainder of this document for additional information about nonpayment, default and any required repayment in full before the scheduled date.

| ITEMIZATION OF AMOUNT FINANCED ||
|---|---|
| Amount Financed: | $2,525.00 |
| Amount Paid to Borrower Directly: | $2,525.00 |
| Prepaid Finance Charge/Origination Fee: | $75.00 |

You promise to pay to the order of Western Sky or any subsequent holder of this Note the sum of **$2,600.00**, together with interest calculated at **135.00 %** per annum and any outstanding charges or late fees, until the full amount of this Note is paid. You promise to repay this loan by making, at a minimum, the payments described on the payment schedule listed above. You agree to send payments the following address: Western Sky Financial, LLC, P.O. Box 370, Timber Lake, South Dakota, 57656, o such other address as we may direct you from time to time.

Payments will be applied first to any outstanding charges or late fees, then to earned interest and finall to principal. The payment schedule described above may change in the event you do not make all payments as scheduled or in the event you accrue any fees.

Interest is calculated on a 360/360 simple interest basis. This means that Interest is calculated by divid the annual Interest Rate by 360, multiplying that number by the outstanding principal balance, and multiplying that number by the number of days the principal balance is outstanding, assuming that eac full month is comprised of 30 days.

You may prepay all or any part of the principal without penalty.

If you fail to make any payment due hereunder, the holder of this Note shall have the right, after a 30- grace period, to declare this note to be immediately due and payable. If you file for an assignment for t benefit of creditors, or for bankruptcy, the holder of this Note shall have the right to declare this Note t be immediately due and payable.

Except as may be provided in the "Arbitration" section of this Note, if we are required to employ an attorney at law to collect any amounts due hereunder, you will be required to pay the reasonable fees c such attorney to protect our interest or to take any other action required to collect the amounts due hereunder.

The Prepaid Finance Charge disclosed above is fully earned upon loan origination and is not subject to rebate upon prepayment or acceleration of this Note.

**LATE FEES.** You will be subject to a late fee of $29.00 if you fail to make your payment within 15 days the due date. We can collect any late fees immediately via Electronic Funds Transfer (EFT) from your bi account.

**INSUFFICIENT FUNDS.** You will be subject to a fee of $29.00 if any payment you make is returned b your bank for insufficient funds.

**E-SIGN/ELECTRONIC COMMUNICATIONS.** Although federal law does not apply to this Agreement, t Note is in original format an electronic document fully compliant with the Electronic Signatures in Globa and National Commerce Act (E-SIGN) and other applicable laws and regulations, and the one, true origi Note is retained electronically by us. All other versions hereof, whether electronic or in tangible format, constitute facsimiles or reproductions only. You understand that you have previously consented to recei all communications from us, including but not limited to all required disclosures, electronically.

**CREDIT REPORTS.** You agree that we may obtain credit reports on you on an ongoing basis as long a:

this loan remains in effect. You also authorize us to report information concerning this account to credit bureaus and anyone else we believe in good faith has a legitimate need for such information. Late payments, missed payments, or other defaults on this account may be reflected in your credit report.

**CALL MONITORING/RECORDING.** You understand that, from time to time, we may monitor or recor telephone calls between us for quality assurance purposes. You expressly consent to have your calls monitored or recorded.

**TELEPHONE CALLS.** You hereby agree that in the event we need to contact you to discuss your accou or the repayment of your loan, we may telephone you at any number, including any cell phone number provided, and that we may leave an autodialed or prerecorded message or use other technology to mal that contact or to communicate to you the status of your account.

**VERIFICATION.** You authorize us to verify all of the information you have provided in obtaining appro of this Loan.

**GOVERNING LAW.** This Agreement is governed by the Indian Commerce Clause of the Constitution of the United States of America and the laws of the Cheyenne River Sioux Tribe. We do not have a presen in South Dakota or any other states of the United States. Neither this Agreement nor Lender is subject the laws of any state of the United States of America. By executing this Agreement, you hereby expres: agree that this Agreement is executed and performed solely within the exterior boundaries of the Cheyenne River Indian Reservation, a sovereign Native American Tribal Nation. You also expressly agre that this Agreement shall be subject to and construed in accordance only with the provisions of the law: the Cheyenne River Sioux Tribe, and that no United States state or federal law applies to this Agreemei You agree that by entering into this Agreement you are voluntarily availing yourself of the laws of the Cheyenne River Sioux Tribe, a sovereign Native American Tribal Nation, and that your execution of this Agreement is made as if you were physically present within the exterior boundaries of the Cheyenne Ri Indian Reservation, a sovereign Native American Tribal Nation.

**ASSIGNMENT.** We may assign or transfer this Loan Agreement or any of our rights under it at any tim to any party.

**WAIVER OF JURY TRIAL AND ARBITRATION.**

**PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.** Unless you exercise your right opt-out of arbitration in the manner described below, any dispute you have with Western Sky or anyon else under this loan agreement will be resolved by binding arbitration. Arbitration replaces the right to ( to court, including the right to have a jury, to engage in discovery (except as may be provided in the arbitration rules), and to participate in a class action or similar proceeding. In Arbitration, a dispute is resolved by an arbitrator instead of a judge or jury. Arbitration procedures are simpler and more limitec than court procedures. Any Arbitration will be limited to the dispute between yourself and the holder of the Note and will not be part of a class-wide or consolidated Arbitration proceeding.

**Agreement to Arbitrate.** You agree that any Dispute, except as provided below, will be resolved by Arbitration, which shall be conducted by the Cheyenne River Sioux Tribal Nation by an authorized representative in accordance with its consumer dispute rules and the terms of this Agreement.

**Arbitration Defined.** Arbitration is a means of having an independent third party resolve a Dispute. A "Dispute" is any controversy or claim between you and Western Sky or the holder or servicer of the Not The term Dispute is to be given its broadest possible meaning and includes, without limitation, all claim or demands (whether past, present, or future, including events that occurred prior to the opening of thi Account), based on any legal or equitable theory (tort, contract, or otherwise), and regardless of the ty of relief sought (i.e. money, injunctive relief, or declaratory relief). A Dispute includes, by way of exam| and without limitation, any claim based upon marketing or solicitations to obtain the loan and the hand or servicing of my account whether such Dispute is based on a tribal, federal or state constitution, statu ordinance, regulation, or common law, and including any issue concerning the validity, enforceability, o scope of this loan or the Arbitration agreement. For purposes of this Arbitration agreement, the term "t holder" shall include Western Sky or the then-current note holder's employees, officers, directors,

attorneys, affiliated companies, predecessors, and assigns, as well as any marketing, servicing, and collection representatives and agents.

**Choice of Arbitrator.** Any party to a dispute, including a Holder or its related third parties, may send t other party written notice by certified mail return receipt requested at the address appearing at the top this Agreement of their intent to arbitrate and setting forth the subject of the dispute along with the rel requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879) http://www.adr.org; JAMS (1-800-352-5267) http://www.jamsadr.com; or an arbitration organization agreed upon by you and the other parties to th Dispute. The arbitration will be governed by the chosen arbitration organization's rules and procedures applicable to consumer disputes, to the extent that those rules and procedures do not contradict either law of the Cheyenne River Sioux Tribe or the express terms of this Agreement to Arbitrate, including th limitations on the Arbitrator below. The party receiving notice of Arbitration will respond in writing by certified mail return receipt requested within twenty (20) days. You understand that if you demand Arbitration, you must inform us of your demand and of the arbitration organization you have selected. also understand that if you fail to notify us, then we have the right to select the arbitration organizatior Any arbitration under this Agreement may be conducted either on tribal land or within thirty miles of yc residence, at your choice, provided that this accommodation for you shall not be construed in any way as a relinquishment or waiver of the Cheyenne River Sioux Tribe's sovereign status or immunity, or (b) allow for the application of any law other than the law of the Cheyenne River Sioux Tribe of Indians to t Agreement.

**Cost of Arbitration.** We will pay the filing fee and any costs or fees charged by the arbitrator regardle of which party initiates the Arbitration. Except where otherwise provided by the law of the Cheyenne Ri Sioux Tribal Nation, each party will be responsible for its own attorneys' fees and other expenses. Unles prohibited by law, the arbitrator may award fees, costs, and reasonable attorneys' fees to the party wh substantially prevails in the Arbitration.

**Waiver of Rights.** YOU HEREBY AGREE THAT YOU ARE WAIVING YOUR RIGHT TO A JURY TRIAL, TO HAVE A COURT DECIDE YOUR DISPUTE, TO PARTICIPATE IN A CLASS ACTION LAWSUIT, AND TO CERTAIN DISCOVERY AND OTHER PROCEDURES THAT ARE AVAILABLE IN A LAWSUIT. The arbitrator h the ability to award all remedies available by statute, at law, or in equity to the prevailing party, except that the parties agree that the arbitrator has no authority to conduct class-wide proceedings and will be restricted to resolving the individual disputes between the parties. The validity, effect, and enforceabilit of this waiver of class action lawsuit and class-wide Arbitration is to be determined solely by a court of competent jurisdiction located within the Cheyenne Rivers Sioux Tribal Nation, and not by the arbitrato the court refuses to enforce the class-wide Arbitration waiver, or if the arbitrator fails or refuses to enfc the waiver of class-wide Arbitration, the parties agree that the Dispute will proceed in tribal court and v be decided by a tribal court judge, sitting without a jury, under applicable court rules and procedures.

**Applicable Law and Judicial Review.** THIS ARBITRATION PROVISION IS MADE PURSUANT TO A TRANSACTION INVOLVING THE INDIAN COMMERCE CLAUSE OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA, AND SHALL BE GOVERNED BY THE LAW OF THE CHEYENNE RIVER SIOUX TRIBE. The arbitrator will apply the laws of the Cheyenne River Sioux Tribal Nation and the terms of this Agreement. The arbitrator must apply the terms of this Arbitration agreement, including without limitat the waiver of class-wide Arbitration. The arbitrator will make written findings and the arbitrator's award may be filed in the Cheyenne River Sioux Tribal Court, which has jurisdiction in this matter. The Arbitration award will be supported by substantial evidence and must be consistent with this Agreemen and applicable law or may be set aside by a court upon judicial review.

**Small Claims Exception.** All parties, including related third parties, shall retain the right to seek adjudication in a small claims tribunal in the Cheyenne River Sioux Tribal Small Claims Court for disput within the scope of such tribunal's jurisdiction. Any dispute, which cannot be adjudicated within the jurisdiction of a small claims tribunal, shall be resolved by binding arbitration. Any appeal of a judgmen from a small claims tribunal shall be resolved by binding arbitration.

**Other Provisions.** This Arbitration provision will survive: (i) termination or changes in this Agreement,

the Account, or the relationship between us concerning the Account; (ii) the bankruptcy of any party; a (iii) any transfer, sale or assignment of my Note, or any amounts owed on my account, to any other person or entity. This Arbitration provision benefits and is binding upon you, your respective heirs, successors and assigns. It also benefits and is binding upon us, our successors and assigns, and related third parties. The Arbitration Provision continues in full force and effect, even if your obligations have bi paid or discharged through bankruptcy. The Arbitration Provision survives any termination, amendment expiration, or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Arbitration Provision is held invalid, the remainder shall remain in effect

**Right to Opt Out.** If you do not wish your account to be subject to this Arbitration Agreement, you mu advise us in writing at P.O. Box 370, Timber Lake, South Dakota, 57565, or via e-mail at info@westernsky.com. You must clearly print or type your name and account number and state that yo reject Arbitration. You must give written notice; it is not sufficient to telephone us. We must receive yor letter or e-mail within sixty (60) days after the date your loan funds or your rejection of Arbitration will not be effective. In the event you opt out of Arbitration, any disputes hereunder shall nonetheless be governed under the laws of the Cheyenne River Sioux Tribal Nation.

**Payments.** If you check the applicable box below, you authorize and request us to initiate an automate clearinghouse or other electronic funds transfer ("EFT") from the bank account identified on your Application (the "Bank Account") to make each payment required hereunder on the day it is due. You a authorize us to initiate an EFT to or from the Bank Account to correct any erroneous payment and, in th event any EFT is unsuccessful, to attempt such payment up to two additional times. You understand tha unsuccessful EFTs may result in charges by your bank, and you agree that we are not liable for such charges. We will notify you 10 days prior to any given transfer if the amount to be transferred varies by more than $50 from your regular payment amount. You also authorize us to withdraw funds from your account on additional days throughout the month in the event you are delinquent on your loan paymen Your request and authorization for us to initiate EFTs is entirely voluntary, and you may terminate this authorization by notifying us in writing via fax (866-347-0666) or email (customer.service@westernsky.com) soon enough to allow us a reasonable opportunity to act on your termination (generally at least three business days in advance). If you do not check the box or you terminate this EFT authorization, you agree to make your payments via check or money order. By checking the box below authorizing EFTs, you also authorize us to obtain payments from your Bank Account by creating and processing paper checks (each a "Check") in place of initiating any or all of the EFTs described above. Each Check will be in the amount of the payment that would have been initiated an EFT, and each Check will be deposited by us for processing on or after the same day that the payme would have been initiated as an EFT. We will type your name in the signature line of each Check, and y agree that your typed name constitutes your authorized signature. You acknowledge that an electronic image of each Check may be created and processed as a substitute check pursuant to the Check 21 Act you terminate your EFT authorization as described above, this authorization to create Checks will also terminate.

**THIS LOAN CARRIES A VERY HIGH INTEREST RATE. YOU MAY BE ABLE TO OBTAIN CREDIT UNDER MORE FAVORABLE TERMS ELSEWHERE. EVEN THOUGH THE TERM OF THE LOAN IS 48 MONTHS, WE STRONGLY ENCOURAGE YOU TO PAY OFF THE LOAN AS SOON AS POSSIBLE. YO HAVE THE RIGHT TO PAY OFF ALL OR ANY PORTION OF THE LOAN AT ANY TIME WITHOUT INCURRING ANY PENALTY. YOU WILL, HOWEVER, BE REQUIRED TO PAY ANY AND ALL INTEREST THAT HAS ACCRUED FROM THE FUNDING DATE UNTIL THE PAYOFF DATE.**

CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS AGREEMENT BEFORE YOU SIGN IT. Y ARE ENTITLED TO A COPY OF THIS AGREEMENT.

[X] YOU HAVE READ AND UNDERSTAND THE ARBITRATION SECTION OF THIS NOTE AND AGREE T( BE BOUND BY THE TERMS AND CONDITIONS OF THAT SECTION.

[ ] YOU AUTHORIZE US TO INITIATE ELECTRONIC PAYMENTS FROM YOUR BANK ACCOUNT AS DESCRIBED ABOVE.

[X] **YOU HAVE READ ALL OF THE TERMS AND CONDITIONS OF THIS PROMISSORY NOTE AND DISCLOSURE STATEMENT AND AGREE TO BE BOUND THERETO. YOU UNDERSTAND AND AGREE THAT YOUR EXECUTION OF THIS NOTE SHALL HAVE THE SAME LEGAL FORCE AND EFFECT AS A PAPER CONTRACT.**

**CONSUMER COMPLAINTS** - If you have a complaint about our loan, please let us know. You can contact us at P.O. Box 370, Timber Lake, South Dakota, 57656, telephone (877) 860-2274.

Click here to print out a copy of this document for your records.

[Sign Document]

Delbert Services ©2014 | P.O. Box 4730, Anaheim, CA 92803 | Terms of Use | Careers | Complaints | Privacy Policy

---

This email has been scanned by the Boundary Defense for Email Security System. For more information please visit http://www.apptix.com/email-security/antispam-virus

---

7



April 1, 2014

GINO VOGT
PO BOX 161084
ALTAMONTE SPRINGS, FL 32716

Re: Western Sky Financial
Account #: 27685975
DSC Account #: 27685975
Current Balance: $3,946.41

Dear GINO VOGT,

Consumer Loan Trust is the current creditor of the account referenced above and has placed your Western Sky Financial account number 27685975 with our office along with all servicing rights for collection of the outstanding balance listed above.

Unless you notify this office within (30) thirty days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within (30) thirty days after receiving this notice that you dispute this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within (30) thirty days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please mail check or money order to Delbert Services Corp., 7125 Pollock Dr, Las Vegas, NV. 89119. To ensure proper credit to your account, please be sure to include your DSC Account # on your payment. Should your financial institution decline to honor your payment, please note that returned payment fees may be imposed based upon your states returned payment guidelines.

If you are unable to make payment in full at this time, please contact our office at 888-400-7750 and speak with one of our representatives to discuss alternate options that may be available to you.

Sincerely,
Delbert Services Corporation

Toll-free 888-400-7750
Hours of operations Monday – Friday, 6:00AM – 5:00PM Pacific time-zone

**NOTICE: RESIDENTS OF CALIFORNIA, COLORADO, MINNESOTA, MAINE, NEVADA, NORTH CAROLINA, TENNESSEE, AND UTAH PLEASE SEE THE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION**

*This communication is an attempt to collect a debt and any information obtained will be used for that purpose. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.*
dcs.1.s

7125 POLLOCK DRIVE, LAS VEGAS, NV  89119      p. (702) 589 - 5091   f. (702) 318 - 5712   TOLL FREE: (888) 983-3523      www.delbertservices.com



**CALIFORNIA:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area. State and federal law require debt collectors to treat you fairly, and prohibit debt collectors from using profane language or making improper communications with third parties, including your employer

**COLORADO:**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca. You can contact Delbert Services at 13111 East Briarwood Ave. Suite 340, Centennial, CO 80012. The telephone number is 303-308-3839. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**MAINE RESIDENTS:** Maine residents may contact our office by telephone at 888-400-7750 between the hours of 5:00am to 5:00pm PST

**NORTH CAROLINA:** North Carolina Permit Number: 103660

**NEVADA RESIDENTS:** Nevada residents should be advised that the balance on this letter may include principal, interest, and fees accrued as of the date of this letter. Please note that interest may continue to accrue on this debt as governed by your original loan documents. Should you choose to make a payment via Bank Card or Credit Card, Delbert Services may impose a convenience fee ranging from $7.95 – $29.95. A Delbert Services account representative can provide specific information regarding this.

**TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and insurance

**UTAH:**
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

*This communication is an attempt to collect a debt and any information obtained will be used for that purpose. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.*
dcs.1.s

7125 POLLOCK DRIVE, LAS VEGAS, NV 89119    p. (702) 589 - 5091   f. (702) 318 - 5712   TOLL FREE: (888) 983-3523    www.delbertservices.com